THE FLOWER HILL CEMETERY COMPANY, PLAINTIFF IN ERROR, v. TOWNSHIP OF NORTH BERGEN ET AL., DEFENDANTS IN ERROR.

Submitted July 10, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Abel I. Smith & Mabon.*

For the defendants in error, *Emil Walscheid.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Dixon, reported in 39 *Vroom* 488.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, SWAYZE, BOGERT, VREDENBURGH, GRAY. 8.

*For reversal*—VROOM, GREEN. 2.